

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

Nos. 04-22-00268-CR, 04-22-00269-CR

Shelton **DAVISON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the Criminal District Court, Magistrate Court, Bexar County, Texas
Trial Court Nos. 2021CR5908, 2022CR2277
Honorable Andrew Carruthers, Judge Presiding

PER CURIAM

Sitting:     Irene Rios, Justice
             Beth Watkins, Justice
             Liza A. Rodriguez, Justice

Delivered and Filed: July 20, 2022

DISMISSED FOR LACK OF JURISDICTION

Appellant, who was indicted on one count of robbery and one count of theft, attempts to appeal the trial court's ruling that he is incompetent to stand trial. The challenged ruling is not appealable. *See* TEX. CODE CRIM. PROC. ANN. art. 46B.011 ("Neither the state nor the defendant is entitled to make an interlocutory appeal relating to a determination or ruling under Article 46B.005.").[1] On May 16, 2022, we ordered appellant to show cause in writing no later than

---

[1] A ruling under Article 46B.005 is a ruling regarding a defendant's incompetency to stand trial. TEX. CODE CRIM. PROC. ANN. art. 46B.005.

June 15, 2022, why this appeal should not be dismissed for lack of jurisdiction. Appellant has not responded. This appeal is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH